IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

**FILED**
FEB 01 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. CR 22-037 G |
| -vs- ) | |
| ) | |
| AURIUSE TAHMASEBI, ) | Violations: |
| ) | 18 U.S.C. § 2252A(a)(5)(B) |
| Defendant. ) | 18 U.S.C. § 2252A(a)(2) |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT 1
### (Possession of and Accessing Child Pornography)

Between on or about July 6, 2016, and October 7, 2021, in the Western District of Oklahoma,

---------------------------------- AURIUSE TAHMASEBI ----------------------------------

knowingly possessed and accessed with intent to view an iPhone 11, an iPad, an Apple MacBook, an iPhone 6, and an iPhone 10 that contained images of child pornography that were produced using materials that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B), the penalty for which is found at Title 18, United States Code, Section 2252A(b)(2).

## COUNT 2
### (Distribution of Child Pornography)

On or about April 15, 2021, in the Western District of Oklahoma and elsewhere,

---------------------------------- **AURIUSE TAHMASEBI** ----------------------------------

knowingly distributed child pornography using a means and facility of interstate and foreign commerce, namely, the Internet.

All in violation of Title 18, United States Code, Section 2252A(a)(2), the penalty for which is found at Title 18, United States Code, Section 2252A(b)(1).

## COUNT 3
### (Distribution of Child Pornography)

On or about June 30, 2021, in the Western District of Oklahoma and elsewhere,

---------------------------------- **AURIUSE TAHMASEBI** ----------------------------------

knowingly distributed child pornography using a means and facility of interstate and foreign commerce, namely, the Internet.

All in violation of Title 18, United States Code, Section 2252A(a)(2), the penalty for which is found at Title 18, United States Code, Section 2252A(b)(1).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

BRANDON HALE
Assistant United States Attorney